FILED'06 JUL 21 17:11USDC·ORE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. **06-60080-1-AA** |
| | ) | |
| v. | ) | **WAIVER OF INDICTMENT** |
| | ) | |
| SUZANNE SAVOIE, aka "India", | ) | |
| | ) | |
| Defendant. | ) | |

I, SUZANNE SAVOIE, the above named Defendant, who is accused of

conspiracy to commit arson and destruction of energy facility, and arson, in violation of

Title 18, United States Code, Sections 371, 844(f), 844(i), 1366(a) and 2, being advised

of the nature of the charge, the proposed information, and of my rights, hereby waive in

open court on the __21__ day of July, 2006, prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_7/21/06_
Date

_7/21/06_
Date

SUZANNE SAVOIE
Defendant

JOHN KOLEGO
Attorney for Defendant

Page 1 - **WAIVER OF INDICTMENT**

Dated this ___21___ day of ___July___ , 2006.

Before:_____

Ann Aiken, U.S. District Judge

Page 2 - **WAIVER OF INDICTMENT**