**This document has been ordered SEALED by the Court**

